UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. JOHN DOE,
Crim. No. 03-149 (DMC), SBI No.: 135069C, D.O.B.: 9/11/1979

## PETITION FOR WRIT OF HABEAS CORPUS

1. **LLOYD J. WOODS, SBI No.: 135069C** is now confined in **Northern State Prison**.

2. Said individual will be required in **Newark, New Jersey** on **Wednesday, December 14, 2011**, at **9:30 a.m. for a violation of supervised release** at the **U.S. District Courthouse**, in the above-captioned case. A Writ of Habeas Corpus should be issued for that purpose.

DATED: December 8, 2011

S:\MELISSA L. JAMPOL
Melissa L. Jampol
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: 8 DEC. 2011

Hon. Dennis M. Cavanaugh, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the **Northern State Prison**:
WE COMMAND YOU that you have the body of:

**LLOYD J. WOODS, SBI No.: 135069C, D.O.B.: 9/11/1979**

now confined at the **Northern State Prison**, brought to the **United States District Courthouse in Newark, New Jersey** on **Wednesday, December 14, 2011** at **9:30 a.m. for a violation of supervised release** in the above-captioned matter. Immediately upon completion of the proceedings, Mr. WOODS will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Dennis M. Cavanaugh
United States District Judge
Newark, New Jersey.

DATED: 12/8/11

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk